UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IVAN JORGE,

    Petitioner,

v.                                        Case No. 8:06-cv-453-T-23EAJ

JORGE L. PASTRANA, Warden,

    Respondent.
_____/

### ORDER

Pursuant to Local Rule 1.04(a), this action is **TRANSFERRED** to the Honorable James S. Moody, Jr., all further proceedings. *See Ivan Jorge v. United States of America,* 8:04cv-2212-T-30EAJ, and *United States of America v. Ivan Jorge,* 8:02-cr-248-T-30EAJ.

ORDERED in Tampa, Florida, on March 22nd, 2006.

                                                                    Steven D. Merryday
                                                         UNITED STATES DISTRICT JUDGE

SA/ro